```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 07-61414-CIV-ZLOCH
```

EUGENE P. STRUBE,

        Plaintiff,  **DEFAULT FINAL JUDGMENT AS TO DEFENDANT TROPILAND DEVELOPERS, INC.**

vs.

TROPILAND DEVELOPERS, INC.,
and CROGNALE & ASSOCIATES
CONSTRUCTION, INC.,

        Defendants.
_____/

THIS MATTER is before the Court upon Plaintiff Eugene P. Strube's Motion For Default Judgment And Attorney's Fees (DE Nos. 29 & 30). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

By prior Order (DE 21), the Court allowed Counsel for Defendant Tropiland Developers, Inc. (hereinafter "Tropiland") to withdraw. The Court informed Tropiland that it must retain new counsel and have a Notice Of Appearance filed by the same on or before February 15, 2008. This deadline was later extended to February 29, 2009. See DE 23. Said Orders also informed Tropiland that upon its failure to secure counsel and file a Notice of Appearance for the same, the Court would strike its pleadings and enter a default. Tropiland failed to file the appropriate notice within both the time provided and the date of this Order. Thereafter, the Court ordered Tropiland's pleadings stricken from the record, entered default against it, and ordered Plaintiff to file a Motion For Default Final Judgment.

DE 28.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Court has personal jurisdiction over the Parties hereto and the subject matter herein;

2. Plaintiff Eugene P. Strube's Motion For Default Judgment And Attorney's Fees (DE Nos. 29 & 30) be and the same is hereby **GRANTED**;

3. Pursuant to Federal Rules of Civil Procedure 55 and 58, Default Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff Eugene P. Strube and against Defendant Tropiland Developers, Inc.;

4. Plaintiff Eugene P. Strube does have and recover from Defendant Tropiland Developers, Inc. the amount of $3,196.00, together with interest thereon from the date of this Default Final Judgment at the rate of 1.63% per annum, for all of which let execution issue; and

5. That on or before <u>noon</u>, <u>Tuesday, April 15, 2008</u>, Plaintiff shall file the appropriate Motion For Attorney's Fees And Costs that comports with the dictates of Local Rule 7.3(A).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this <u>  10th  </u> day of April, 2008.

 

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record