```
                   UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF FLORIDA

                   CASE NO.  07-61414-CIV-ZLOCH
```

EUGENE P. STRUBE,

       Plaintiff,

vs.                                                   **O R D E R**

TROPILAND DEVELOPERS, INC., and
COGNALE & ASSOCIATES
CONSTRUCTION, INC.,

       Defendants.

_____/

       THIS MATTER is before the Court upon Plaintiff Eugene P. Strube's Motion To Compel (DE 41).  The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

       In the instant Motion Plaintiff alleges that Defendant Cognale & Associates Construction, Inc. (hereinafter "Cognale") refuses to produce a corporate representative for deposition.  There are several procedural flaws to Plaintiff's motion that merit its denial.  First, Plaintiff does not reference whether a Rule 26(f) conference has taken place between the Parties, and they may not proceed with discovery until this step has taken place. Fed. R. Civ. P. 26(d) ("A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f) . . . . ").

       Second, Plaintiff has failed to comply with Local Rule of the United States District Court for the Southern District of Florida

7.1(A)(3).  Before a Party may file certain non-excluded motions, it's attorney must confer with opposing counsel in an effort to resolve the dispute.  At the time a Party files a non-excluded motion, it must also file

> a statement certifying either: (a) that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to do so; or (b) that counsel for the movant has made reasonable efforts to confer with all parties or non-parties who may be affected by the relief sought in the motion, which efforts shall be identified with specificity in the statement, but has been unable to do so.

L.R. S.D. Fla. 7.1(A)(3) (emphasis added).  In denying the instant Motion (DE 41) without prejudice, the Court directs Plaintiff, should he desire to refile the same, to include a statement precisely explaining the efforts or conferral made in attempting to resolve the Motion.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that Plaintiff Eugene P. Strube's Motion To Compel (DE 41) be and the same is hereby **DENIED** without prejudice and with leave to re-file.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___30th___ day of April, 2008.

/s/ William J. Zloch
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record

2