```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

              CASE NO.  07-61414-CIV-ZLOCH
```

EUGENE P. STRUBE,

       Plaintiff,

vs.                                                   **O R D E R**

TROPILAND DEVELOPERS, INC., and
COGNALE & ASSOCIATES
CONSTRUCTION, INC.,

       Defendants.
_____/

    THIS MATTER is before the Court upon Plaintiff Eugene P. Strube's Revised Verified Motion For Award Of Attorney's Fees And Costs As To Tropiland Developers, Inc. (DE 51). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    This case was brought under the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq. In its prior Order (DE 34) the Court entered a Default Final Judgment against Defendant Tropiland Developers, Inc. for $3,196.00, and directed Plaintiff as the prevailing Party to file a motion for attorney's fees that comports with the dictates of Local Rule of the Southern District of Florida 7.3(A).

    In the instant Motion (DE 51), Plaintiff alleges that his attorney spent 19.63 hours prosecuting this action at a rate of $300.00 an hour. In addition, he seeks costs in the amount of $235.00. Upon review of Plaintiff's filings the Court finds that a billable hourly rate of $225.00 an hour more than adequately

compensates Plaintiff's attorney for the work he had to perform in this case. In all other respects the Court finds Plaintiff's Motion reasonable. Therefore, the Court shall award Plaintiff fees in the amount of $4,416.75 and costs in the amount of $235.00 for a total award of $4,651.75.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff Eugene P. Strube's Revised Verified Motion For Award Of Attorney's Fees And Costs As To Tropiland Developers, Inc. (DE 51) be and the same is hereby **GRANTED;** and

2. Plaintiff Eugene P. Strube does have and recover from Defendant Tropiland Developers, Inc. attorney's fees and costs in the amount of $4,651.75 for which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this   19th    day of May, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record