```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                   CASE NO. 07-61414-CIV-ZLOCH
```

EUGENE P. STRUBE,

     Plaintiff,

vs.                            **FINAL ORDER OF DISMISSAL**
                                **AS TO DEFENDANT NERIE PAGAN**

TROPILAND DEVELOPERS, INC.,
CROGNALE & ASSOCIATES
CONSTRUCTION, INC., JOSEPH P.
CROGNALE, and NERIE PAGAN,

     Defendants.
_____/

     THIS MATTER is before the Court upon Plaintiff Eugene P. Strube's Notice Of Dropping Party (DE 57), which the Court construes as a Notice Of Voluntary Dismissal. The Court has carefully reviewed said Notice and the entire court file and is otherwise fully advised in the premises.

     Accordingly, after due consideration, it is

     **ORDERED AND ADJUDGED** as follows:

     1. Plaintiff Eugene P. Strube's Notice Of Dropping Party (DE 57), which the Court construes as a Notice Of Voluntary Dismissal, be and the same is hereby approved, adopted and ratified by the Court; and

     2. The above-styled cause be and the same is hereby **DISMISSED**

as to Defendant Nerie Pagan.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this     10th      day of June, 2008.

                                                 _____
                                                 WILLIAM J. ZLOCH
                                                 United States District Judge

Copies furnished:

All Counsel of Record