UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61414-CIV-ZLOCH

EUGENE P. STRUBE,

    Plaintiff,   **FINAL ORDER OF DISMISSAL**

vs.

CROGNALE & ASSOCIATES
CONSTRUCTION, INC., and JOSEPH
P. CROGNALE,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation Of Dismissal (DE 59) filed herein by Plaintiff Eugene P. Strube and Defendants Crognale & Associates Construction, Inc. and Joseph P. Crognale.  The Court has carefully reviewed said Stipulation, Plaintiff's Supplemental Notice Of Settlement (DE 55), and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Stipulation Of Dismissal (DE 59) filed herein by Plaintiff Eugene P. Strube and Defendants Crognale & Associates Construction, Inc. and Joseph P. Crognale be and the same is hereby approved, adopted and ratified by the Court;

    2. Pursuant to <u>Lynn's Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982), the General Release (DE 59, Ex. A) and Plaintiff's Supplemental Notice Of Settlement (DE 55) be and the same is approved, adopted and ratified by the Court;

3. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___13th___ day of June, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record